## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1882-AP

KENNETH M. ARCHULETA,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1.    APPEARANCES OF COUNSEL

**For Plaintiff:**

    Michael W. Seckar, Esq.
    402 W. 12th Street
    Pueblo, CO 81003
    Phone: 719-543-8636
    Fax:   719-543-8403
    seckarlaw@mindspring.com

**For Defendant:**

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    Phone:  303-844-1570
    Fax:  303-844-0770 (facsimile)

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

A.  Date Complaint Was Filed: **September 28, 2005.**
B.  Date Complaint Was Served on U.S. Attorney's Office: **October 11, 2005**
C.  Date Answer and Administrative Record Were Filed: **December 9, 2005.**

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Both parties believe that the administrative record is complete and accurate.**

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Neither party intends to submit additional evidence.**

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Neither party believes the case raises unusual claims or defenses.**

7.  **OTHER MATTERS**

**Neither party has any other matters to bring to the attention of the court.**

8.  **PROPOSED BRIEFING SCHEDULE**

A.      Plaintiff's Opening Brief Due:      **FEBRUARY 6, 2006.**
B.      Defendant's  Response Brief Due:      **MARCH 7, 2006.**
C.      Plaintiff's Reply Brief (If Any) Due**: MARCH 22, 2006.**

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

A.      Plaintiff's Statement:
        **Plaintiff does not request oral argument.**

B.      Defendant's Statement:
        **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.      ( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.      (  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**


**11.   OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

**DATED this 28th day of December 2005.**

BY THE COURT:


 S/John L. Kane
U.S. DISTRICT COURT JUDGE

**APPROVED:**

<u>**For Plaintiff:**</u>                                 <u>**For Defendant:**</u>

     <u>**s/Michael W. Seckar 12/22/05**</u>            WILLIAM J. LEONE
     Michael W. Seckar, Esq.                 United States Attorney
     402 W. 12th Street
     Pueblo, CO 81003                        <u>**s/Kurt J. Bohn**</u>
     Phone: 719-543-8636                     KURT J. BOHN
     Fax:    719-543-8403                    Assistant United States Attorney
     seckarlaw@mindspring.com                1225 Seventeenth Street, Suite 700
                                             Denver, Colorado 80202
                                             (303) 454-0100
                                             (303) 454-0404 (facsimile)
                                             kurt.bohn@usdoj.gov

                                             <u>**s/Debra J. Meachum 12/22/05**</u>
                                        By:  Debra J. Meachum
                                             Special Assistant United States Attorney
                                             Social Security Administration
                                             1961 Stout Street, Suite 1001A
                                             Denver, Colorado  80294
                                             (303) 844-1570
                                             (303) 844-0770 (facsimile)
                                             debra.meachum@ssa.gov
                                             d_meachum@ssa.gov