IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01882-WYD

KENNETH M. ARCHULETA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,[1]

## ORDER

THIS MATTER is before the Court on Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed April 25, 2007). The motion states that the parties agree that Plaintiff's counsel be awarded attorney fees in the amount of $5,500.00 pursuant to the Equal Access to Justice Act, subject to approval of the Court.

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 is **GRANTED**. In accordance therewith, it is

ORDERED that attorney fees are awarded in the amount of $5,500.00, which shall be payable to Plaintiff's counsel Michael W. Seckar.

---

[1] Michael J. Astrue, the current Commissioner of Social Security, has been substituted for former Commissioner Jo Anne B. Barnhart pursuant to FED. R CIV. P. 25(d)(1).

Dated: April 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge